FILED
2008 Aug-01 PM 12:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IB PROPERTY HOLDINGS, LLC, ) | |
| Plaintiff, ) | |
| vs. ) | 2:07-cv-02044-JHH |
| CEDRIC BROWN; and ) JAMES BROWN, | |
| ) | |
| Defendants. | |

## MEMORANDUM OF DECISION

On January 8, 2008 the court entered the default (doc. #9) of the two defendants Cedric Brown and James Brown. On January 18, 2008 the court entered an order (doc. #11) giving plaintiff leave to prove its damages.

The court has before it the motion (doc. #12) of plaintiff for entry of final judgement, together with the attached Exhibits A, B and C. Based thereon, the court finds that defendants Cedric Brown and James Brown, jointly and severally indebted to plaintiff in the total amount of $141, 832.25, and that plaintiff is entitled to the entry of an appropriate final judgment. A separate final judgment will be entered.

**DONE** this the ___1st___ day of August, 2008.

_James H. Hancock_
SENIOR UNITED STATES DISTRICT JUDGE